IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | : | No. 3:14cv357 |
|---|---|---|
| CHARLES WHITNEY, | : | |
| Plaintiff | : | |
| v. | : | (Judge Munley) |
| | : | |
| PENNSYLVANIA DEPARTMENT | : | |
| OF CORRECTIONS, et al., | : | |
| Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Remaining Defendants' motion for summary judgment (Doc. 103) is **GRANTED**;

2. Judgment is entered in favor of Defendants; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

Date:7/10/19

**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**